# EXHIBIT B

CAUSE NO. _____

| | | |
|---|---|---|
| BEATRIZ ALVARADO | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| LOWE'S HOME CENTERS, LLC | § | |
| Defendant | § | EL PASO COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

COMES NOW, BEATRIZ ALVARADO, hereafter referred to as Plaintiff, and files this Petition against Defendant, LOWE'S HOME CENTERS, LLC, and for such cause of action would show unto the Court as follows:

**I.**

**PARTIES**

Plaintiff is an individual who resides in El Paso County, Texas.

Defendant, LOWE'S HOME CENTERS, LLC, is a foreign corporation doing business in the State of Texas and may be served with citation by serving its registered agent:

Corporation Service Company
DBA CSC-Lawyers Incorporating Service Company
211 E. 7th St., Ste. 620
Austin, TX 78701

**II.**

**DISCOVERY CONTROL PLAN**

Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff alleges that this lawsuit is intended to be conducted under a Level 3 Discovery Control Plan. As such, absent an agreement by and between all parties, Plaintiff requests that a case management conference be set at the Court's earliest convenience so that a discovery/docket control conference order be entered

### III.

### VENUE

Venue of the above-styled and numbered cause is proper in El Paso County, Texas, pursuant to the Texas Civil Practice & Remedies Code §15.002 (a)(3) as El Paso County is the county in which all or a substantial part of the acts or omissions giving rise to this suit occurred.

### IV.

### JURISDICTION

This suit is brought in accordance with the laws of the State of Texas, for the recovery of damages which are in excess of the minimum jurisdictional limits of the Court to which Plaintiff is entitled to receive as compensation for the cause of action described below.  Accordingly, the Court has jurisdiction over this matter.

### V.

### FACTS

On or about April 24, 2019, Plaintiff Beatriz Alvarado was shopping at Lowe's located at 4531 Woodrow – Transmountain Road in El Paso, Texas, owned and operated by Defendant.  As she was shopping, a Lowe's employee dropped a door from a forklift, which suddenly, and without warning, fell onto the Plaintiff causing severe and disabling injuries.

### VI.

### CAUSE OF ACTION – NEGLIGENCE

Defendant had a duty to its customers and the general public, including the Plaintiff, to ensure the safety of its premises.  Defendant breached that duty by failing to properly train and supervise its employees regarding the proper transport of its merchandise and the use of a forklift

around customers. As a result, Defendant's acts and/or omissions resulted in Plaintiff's serious and permanent injuries for which she now seeks damages.

## VII.

## *RESPONDEAT SUPERIOR*

At all times mentioned herein, all agents, servants and/or employees of Defendant were acting within the course and scope of their employment or official duties and in furtherance of the duties of their employment. Thus, Defendant is responsible for all damages resulting from the negligent acts and/or omissions of its agents, servants and/or employees under the doctrine of *respondeat superior*.

## VIII.

## DAMAGES

As a direct and proximate result of Defendant's negligence, Plaintiff seeks the following damages:

1. Reasonable expenses of necessary medical care incurred in the past;

2. Reasonable expenses of necessary medical care that, in reasonable probability, Plaintiff will incur in the future;

3. Loss of earning capacity sustained in the past;

4. Loss of earning capacity that, in reasonable probability, Plaintiff will incur in the future;

5. Physical pain and mental anguish sustained in the past;

6. Physical pain and mental anguish that, in reasonable probability, Plaintiff will sustain in the future;

7. Physical impairment sustained in the past;

8. Physical impairment that, in reasonable probability, Plaintiff will sustain in the future;

9. Physical disfigurement sustained in the past; and

10. Physical disfigurement that, in reasonable probability, Plaintiff will sustain in the future.

## IX.

## RANGE OF DAMAGES

Plaintiff seeks monetary relief over $1,000,000.00.  However, Plaintiff reserves the right to either file a trial amendment or an amended pleading on this issue should subsequent evidence show this figure to be either too high or too low.

## X.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial in accordance with Rule 216 of the Texas Rules of Civil Procedure and tenders herewith the appropriate jury fee.

## XI.

## REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose, within fifty (50) days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2(a) – (l).

## XII.

## RULE 193.7 NOTICE

Plaintiff hereby serves notice of her intent to use any and all documents produced by the Defendant in response to written discovery propounded to the Defendant. As such, the produced documents are self-authenticating pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.



## XIII.

## PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANT OF INTENT TO SEEK ADMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULES OF EVIDENCE, RULE 609(f)

Pursuant to Rule 609(f) of the Texas Rules of Evidence, Plaintiff demands timely written notice by Defendant should Defendant intend to seek admission of criminal convictions, as defined in TRE, Rule 609(a) against any witness designated by any party as a relevant fact witness, testifying expert witness and/or any consulting expert witness whose mental impressions or opinions have been reviewed by a testifying expert witness.

## PRAYER

WHEREFORE, Plaintiff prays that the Defendant be duly cited to appear and answer herein; that upon a final trial of this cause, Plaintiff recovers:

1. Judgment against Defendant for Plaintiff's damages as set forth above, in an amount within the minimum jurisdictional limits of this Court;

2. Interest on said judgment at the legal rate from date of judgment;

3. Prejudgment interest as allowed by law;

4. Costs of Court; and

5. Such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICE OF ROGELIO SOLIS, PLLC**
P. O. Box 2307
Edinburg, Texas 78540
Tel: (915) 307-3035
Fax: (866) 924-6704
Email: rogelio@381help.com

By: _____
ROGELIO SOLIS

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
April 16, 2021

State Bar No. 24081374

DANIEL R. SORRELLS, *of counsel*
State Bar No. 24072356
Email: daniel@381help.com

&

**GARZA MARTINEZ, L.L.P.**
I. Cecilia Garza
State Bar No. 24041627
cecilia@garzamartinezlaw.com
Veronica Sepulveda Martinez
State Bar No. 24081144
veronica@garzamartinezlaw.com
P.O. Box 4134
Edinburg, TX 78540
Telephone No.: 956/335-4900
Telecopier No.: 956/338-5700

***ATTORNEYS FOR PLAINTIFF***

LAW OFFICE OF ROGELIO SOLIS, PLLC

Rogelio Solis

*Of Counsel*:

Daniel R. Sorrells

―――――――――――

Mailing:

P. O. Box 2307
Edinburg, Texas 78540

205 E. Expressway 83
Pharr, Texas 78577
**Tel: (956) 271-1499**
**Fax: (866) 924-6704**
**Email: pi@381help.com**

**Request for Citations**

October 27, 2020

**VIA EFiling**

El Paso County District Clerks Office
Attn: Assistant Clerk
500 E. San Antonio Ave., #103
El Paso, Texas 79901

      **RE:**         **Case No.: 2020DCV3306**

Dear Assistant Clerk:

Please e-mail me copies of the citation for Plaintiff's Original Petition and Request for Disclosure on October 13, 2020 for the following defendant:

Lowe's Home Centers, LLC through its registered agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company address: 211 E. 7th St., Suite 620, Austin, Texas 78701, or wherever it may be found.

By this letter, I am requesting citation by personal service and will use a private process server. I have file stamped copies of the petition. Please e-mail citations to daniel@381help.com.

Respectfully,

*/s/ Daniel Sorrells/*

Daniel Sorrells
Attorney & Counselor at Law

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY: Ofelia Solis, Deputy

April 16, 2021

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **LOWE'S HOME CENTERS, LLC,** who may be served with process through its registered agent at **CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCOPORATING SERVICE COMPANY at 211 E 7th STREET, SUITE 620, AUSTIN, TX 78701** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **448th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 13th day of October, 2020 by Attorney at Law, ROGELIO SOLIS, PO BOX 2307, EDINBURG, TX 78540-2307, in this case numbered **2020DCV3306** on the docket of said court, and styled:

**BEATRIZ ALVARADO**
**V.**
**LOWE'S HOME CENTERS, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 28th day of October, 2020.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: __NORMA FAVELA BARCELEAU__ District Clerk
El Paso County, Texas

By:_____, Deputy
Ashley Nunez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _Ofelia Solis_ Deputy

April 16, 2021

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____
_____
The diligence used in finding said defendant, being_____
And the cause of failure to execute this process is: _____
And the information received as to the whereabouts of the said defendant, being _____
FEES—SERVING ____ copy _____ $ _____  _____ Sheriff
                                            _____  _____ County, Texas
          Total _____ $ _____  by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____,
_____ on the _____ day of _____,
20_____, at _____ o'clock ___m. this copy of this instrument.

                                                 _____, Sheriff/Agent
                                                 _____ County, Texas
                                          By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

(SEAL)

                                                 _____
                                                 **NOTARY PUBLIC, STATE OF TEXAS**



**CAUSE NO. 2020DCV3306**

| | | |
|---|---|---|
| **BEATRIZ ALVARADO,** <br> *Plaintiff,* | § <br> § <br> § | IN THE DISTRICT COURT |
| v. | § <br> § | EL PASO COUNTY, TEXAS |
| **LOWE'S HOME CENTERS, LLC,** <br> *Defendant.* | § <br> § | 448th JUDICIAL DISTRICT |

### DEFENDANT LOWE'S HOME CENTERS, LLC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR A JURY TRIAL

LOWE'S HOME CENTERS, LLC (hereinafter "Defendant") hereby files its Original Answer to Plaintiff's Original Petition and Demand for a Jury Trial as follows:

### I. GENERAL DENIAL

1. Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### II. JURY DEMAND

2. In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant demands a trial by jury and hereby tenders the applicable jury fee with its Answer.

### III. PRAYER FOR RELIEF

3. Defendant, LOWE'S HOME CENTERS, LLC, prays that Plaintiff take nothing by this lawsuit, that Defendant go hence with its costs without delay, and for



such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / Fax 214.379.6939

By: */s/ Robin R. Gant*
 Zach T. Mayer
 State Bar No. 24013118
 E-Mail: zmayer@mayerllp.com
 Robin R. Gant
 State Bar No. 24069754
 E-Mail: rgant@mayerllp.com

**ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTER, LLC**

### CERTIFICATE OF SERVICE

This is to certify that on the 12th day of April 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

| | |
|---|---|
| Rogelio Solis<br>LAW OFFICE OF ROGELIO SOLIS, PLLC<br>P. O. Box 2307<br>Edinburg, Texas 78540<br><br>and<br><br>I. Cecilia Garza<br>Veronica Sepulveda Martinez<br>GARZA MARTINEZ, L.L.P.<br>P. O. Box 4134<br>Edinburg, TX 78540<br><br>*Counsel for Plaintiff* | ☐ E-MAIL:<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ E-FILE AND SERVE<br>☐ E-SERVICE ONLY<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

 */s/ Robin R. Gant*
 Robin R. Gant

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY *Ofelia Solis*
Deputy
April 16, 2021

---

ALVARADO/ DEFENDANT LOWE'S HOME CENTERS, LLC'S ORIGINAL ANSWER
TO PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR A JURY TRIAL
DOC# 7594497 / /10091.000166